TIG INSURANCE COMPANY,
Plaintiff–Appellee,

v.

UNITED NATIONAL INSURANCE
COMPANY, Defendant–
Appellant.

Nos. 07–10641, 07–11501.

United States Court of Appeals,
Eleventh Circuit.

June 2, 2008.

Jeremy S. Simon, Peter G. Thompson, Washington, DC, Richard L. Allen, Pertnoy, Solowsky & Allen, P.A., Miami, FL, for Plaintiff–Appellee.

Tracy Raffles Gunn, Fowler, White, Boggs & Banker, P.A., Tampa, FL, Matthew J. Conigliaro, Carlton Fields, P.A., St. Petersburg, FL, for Defendant–Appellant.

Before ANDERSON, HULL and SILER,* Circuit Judges.

PER CURIAM:

After oral argument, and careful consideration, we conclude that the judgment of the district court is due to be affirmed.

* Honorable Eugene Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by

We conclude that the district court committed no reversible error.

AFFIRMED.